No. 45008.—Protest 39125–K of New York Merchandise Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of clothes brushes similar to those the subject of United States v. Heinrich Herrmann & Weiss (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.